**FILED**
November 2, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ALEX LINDBERG, ) <br> ) <br> Defendant. ) | Case No. 2:10-mj-319 KJM <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Alex Lindberg</u>; Case <u>2:10-mj-319 KJM</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_     Release on Personal Recognizance

    \_\_     Bail Posted in the Sum of _____

    _X_    Unsecured bond in the amount of $100,000, co-signed by defendant's parents, to be replaced by a $50,000 secured bond, secured by equity in the defendant's parent's residence _within two weeks_ Ⓜ

    \_\_     Appearance Bond with 10% Deposit

    \_\_     Appearance Bond secured by Real Property

    \_\_     Corporate Surety Bail Bond

    _X_    (Other) <u>Pretrial conditions/supervision;</u>

Issued at <u>Sacramento, CA</u> on <u>11/2/2010</u>   at <u>3:05 p.m.</u>

By _/s/ Kimberly J. Mueller_

Kimberly J. Mueller,
United States Magistrate Judge