1 **Law Offices of Ron Peters**
**RON PETERS (SBN: 45749)**
2 **50 Fullerton Court, Suite 207**
**Sacramento, California 95825**
3 **Telephone:   (916) 922-9270**
**Facsimile:   (916) 922-2465**
4

5 **Attorney for Defendant**
**ALEX LINDBERG**
6

7                             UNITED STATES DISTRICT COURT

8                             EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA, | ) | CASE NO.: 10-cr-00477-LKK
11 |                Plaintiff, | ) | **STIPULATION AND ORDER**
   |                           | ) | **RE: MODIFICATION OF TRAVEL**
12 |                           | ) | **RESTRICTION**
13 | v.                        | ) |
14 | ALEX LINDBERG,            | ) |
15 |                Defendant. | ) |

16
    It is hereby stipulated by the parties to this action that good cause exists to allow the defendant
17
    Alex Lindberg to travel with family members to South Lake Tahoe  between January 14, 2011 to January
18
    16, 2011.
19
    Furthermore it is understood that pretrial services has no objections to this modification.
20

21
    DATE: January 7, 2011                            By: /s/Ron Peters
22                                                   RON PETERS
                                                     Attorney for Defendant
23                                                   **ALEX LINDBERG**

24

25
    DATE: January  7, 2011                           By: /s/ Ron Peters for
26                                                   MICHAEL ANDERSON
                                                     **Assistant U.S. Attorney**
27

28

                                                    1

1  **IT IS HEREBY ORDERED**

2

3  Pursuant to stipulation of the parties the travel restrictions is hereby modified to allow the

4  defendant Alex Lindberg  to travel to South Lake Tahoe  between January 14, 2011 to January 16, 2011.

5

6  **IT IS SO ORDERED.**

7

8

9  Date: January 7, 2011  _____
     _____                 **HONORABLE EDMUND F. BRENNAN**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28