1  **Law Offices of Ron Peters**
   **RON PETERS (SBN: 45749)**
2  **50 Fullerton Court, Suite 207**
   **Sacramento, California 95825**
3  **Telephone:   (916) 922-9270**
   **Facsimile:   (916) 922-2465**
4  email: **ronslaw207@sbcglobal.net**

5  **Attorney for Defendant**
   **ALEX LINDBERG**

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA
-o0o-

| UNITED STATES OF AMERICA, | ) | CASE NO.: 10-cr-00477-LKK |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| ALEX LINDBERG, | ) | |
| Defendant. | ) | |

The United States of America, through its counsels of record, Mc Gregor W. Scott, United States Attorney for the Eastern District of California, and Michael Anderson, Assistant United States Attorney, and defendant Alex Lindberg, through his attorney, Ronald Peters, Esq, hereby stipulate and agree that the judgment and sentencing hearing scheduled for September 18, 2012, at 9:15 am should be continued to October 16, 2012 at 9:15 a.m.

The presentence report contains factors which were not contemplated by the plea agreement and both sides need additional time to address those issues and possible variances.

Parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and Local Code T-4 - reasonable time to prepare and for continuity of counsel. The parties agree that time be excluded under this provision from September 18, 2012, to and including October 16, 2012 .

///
///

1  DATE: September 17, 2012                          Respectfully submitted

2

3                                                    /s/Ron Peters
                                                     RON PETERS
                                                     Attorney for Defendant
4                                                    **ALEX LINDBERG**

5

6  DATE: September 17, 2012                          /s/ Ron Peters for Michael Anderson
                                                     Michael Anderson
7                                                    Assistant U.S. Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**U.S. vs. LINDBERG**                                **STIPULATION AND ORDER TO**
                                                     **CONTINUE SENTENCING**

## ORDER FINDING EXCUSABLE TIME

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference in the above-entitled action is continued to October 16, 2012 at 9:15 a.m. The court finds excusable time in this matter from September 18, 2012 through October 16, 2012 under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).

**IT IS SO ORDERED.**

Date: September 17, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT