1  **Law Offices of Ron Peters**
   **RON PETERS (SBN: 45749)**
2  **50 Fullerton Court, Suite 207**
   **Sacramento, California 95825**
3  **Telephone:   (916) 922-9270**
   **Facsimile:   (916) 922-2465**
4  **email: ronslaw207@sbcglobal.net**

5  **Attorney for Defendant**
   **ALEX LINDBERG**

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**
-o0o-

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO.: 10-cr-00477-LKK** |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER 10-cr-00477 CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| **ALEX LINDBERG,** | |
| Defendant. | |

The United States of America, through its counsels of record, Mc Gregor W. Scott, United States Attorney for the Eastern District of California, and Michael Anderson, Assistant United States Attorney, and defendant Alex Lindberg, through his attorney, Ronald Peters, Esq, hereby stipulate and agree that the judgment and sentencing hearing scheduled for October 16, 2012 at 9:15 am should be continued to November 6, 2012 at 9:15 a.m.

The defendant and his attorney require additional time to address issues and possible variances not covered in the plea agreement. Both parties expect this matter to resolve without proceeding to trial.

Parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and Local Code T-4 - reasonable time to prepare and for continuity of counsel. The parties agree that time be excluded under this provision from October 16, 2012, to and including November 6, 2012.

///

///

1  DATE: October 15, 2012                           Respectfully submitted

2

3                                                   /s/Ron Peters
                                                    RON PETERS
                                                    Attorney for Defendant
4                                                   **ALEX LINDBERG**

5

6  DATE: October 15, 2012                           /s/ Ron Peters for Michael Anderson
                                                    Michael Anderson
7                                                   Assistant U.S. Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER FINDING EXCUSABLE TIME

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference in the above-entitled action is continued to November 6, 2012 at 9:15 a.m. The court finds excusable time in this matter from October 16, 2012 through November 6, 2012 under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).

**IT IS SO ORDERED.**

Date: October 15, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT