```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHAEL D. ANDERSON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2755
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )
                                   )  CR. S-10-477 LKK
12            Plaintiff,           )
                                   )  ORDER CONTINUING STATUS
13                                 )  CONFERENCE AND EXCLUDING TIME
         v.                        )
14                                 )
    ALEX LINDBERG, and             )
15  RUTH JIMENEZ,                  )
                                   )
16            Defendants.          )
                                   )
17
```

18       This matter came before the Court for a status conference on
19  December 12, 2012, at 9:15 a.m.  The United States was
20  represented by Assistant United States Attorney Michael D.
21  Anderson.  Attorney Ron Peters appeared for defendant Lindberg
22  who was personally present.  Attorney Kelly Babineau appeared for
23  defendant Jimenez, whose personal appearance was waived by an
24  order signed by the Court.
25       The parties and all defendants agreed to set a status
26  conference date of January 8, 2013, at 9:15 a.m.  Defense
27  counsel requested additional time to prepare for trial and to
28  review discovery.  Additionally, through counsel, defendant

Jimenez requested the appointed of advisory counsel to provide an additional opinion regarding her case. The Court has appointed attorney Michael Long to review the discovery and provide additional advice to defendant Jimenez.

The Court ordered the status conference continued to January 8, 2013, at 9:15 a.m. The Court further ordered that time be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare) as to each defendant. The Court directed government counsel to prepare a formal order.

**IT IS HEREBY ORDERED**:

1. A status conference is set for January 8, 2013, at 9:15 a.m.

2. Based on the parties' representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through January 8, 2013.

IT IS SO ORDERED

Date: January 7, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT